# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NICOLE STONE-BACCHUS as Independent Administrator of the Estate of SHEIK BACCHUS deceased, ) ) ) ) Plaintiff, ) ) v. ) ) EVERTON BARNETT, O11 LOGISTICS, INC., ) O11 NETWORK, INC. ) **)** ) Defendants. ) | Case No. 1:22-cv-01541<br><br>Assigned Judge:<br>**Honorable John F. Kness**<br>Designated Magistrate Judge:<br>**Honorable Jeffrey Cummings** |

## PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST ALL DEFENDANTS

Plaintiff, by undersigned Counsel, hereby voluntarily dismisses his complaint, without prejudice, against Defendants, EVERTON BARNETT, O11 LOGISTICS, INC., O11 NETWORK, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A).

| | |
|---|---|
| **WHITING LAW GROUP, LTD.**<br>Timothy M. Whiting<br>Jennifer M. Rice<br>Allison L. Hostetler<br>901 W. Jackson Blvd., Suite 400<br>Chicago, IL 60607<br>T: (312) 372-1655<br>F: (312) 279-1111<br>E: eservice@whitinglawgroup.com<br><br>**WITHERITE LAW GROUP**<br>Martin Futrell<br>600 Peachtree St. NE, Suite 4010<br>Atlanta, GA 30308<br>T: (470) 881-8804<br>F: (470) 881-8820<br>E: Martin.Futrell@witheritelaw.com | /s/ Timothy Whiting<br>*One of the Attorneys for Plaintiffs* |